IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24CR-00379 |
| | ) | |
| DONALD HELD, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Comes now Defendant, Donald Held, by and through his attorney, Cira R. Duffe, and for his Motion for Extension of Time to File Pretrial Motions states as follows:

1. This court entered an order making Pretrial Motions due on October 31st, 2024.

2. Counsel requests extension to file pretrial motions for 60-days so defendant may complete review of discovery pursuant to the availability of the viewing room at Henderson County Detention Center.

3. The government is not opposed to Defendant's request;

Wherefore, for the foregoing reasons, Defendant, Donald Held, requests this Court to issue its Order granting the request for an extension of time to complete a review of the discovery materials and to file pretrial motions, and any further relief this Court finds just and prudent under the circumstances.

Respectfully submitted,

 /s/ Cira R. Duffe
Cira R. Duffe #49506MO
101 E. Columbia St.
Farmington, MO 63640
Telephone: 573 756 8082

Fax: 573 755 0585
E-Mail: duffe@hdp-law.com
*Attorney for Defendant*


## CERTIFICATE OF SERVICE

Cira R. Duffe certifies that she filed Defendant's Motion for Extension of Time to file Pre-Trial Motions electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney.




/s/ Cira R. Duffe